IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20151-CR-MARTINEZ

UNITED STATES OF AMERICA,

                Plaintiff,

VS.

FRANCKLIN PIERRE,

                Defendant.
_____/

**ORDER ON UNOPPOSED MOTION TO MODIFY PRETRIAL
DETENTION ORDER TO ALLOW FAMILY VISITATIONS
OF PIERRE AT LOCAL HOSPITAL**

**THIS CAUSE** came before the Court upon defendant's motion to modify pretrial detention order to allow family visitations of Pierre at local hospital. Upon consideration of the motion and finding that good cause exists for the request, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Court hereby grants Mr. Pierre's request for family visitation while he remains at a local hospital. The Court SHALL ALLOW one family member [JEM] per day to visit Mr. Pierre for no more than two (2) hours a day during the visitation hours of the local hospital. Only family members that are approved by FDC shall visit with Mr. Pierre. All family visitors would be subjected to a full body search at the discretion of the two on-duty BOP guards assigned to Mr. Pierre.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of July, 2015.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          United States District Judge

cc: Marc David Seitles, Esq.
Daniel Cervantes, AUSA

1